# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                          Case No.: 1:17−cr−00242

                                          Honorable Franklin U. Valderrama

                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

      MINUTE entry before the Honorable Franklin U. Valderrama. As to Paris Steele: In−person revocation sentencing hearing held on 10/30/2024. All parties appeared. On 9/12/2024, Probation filed a special report detailing alleged violations of Defendant's supervised release. The special report alleges that Defendant was arrested by the Oak Lawn Police Department and charged with Domestic Battery on 09/09/2024 (Violation No. 1, Grade C). Consequently, the following violations were reported: Violation No. 2, Grade C: violation of Discretionary Condition No. 17, requiring Defendant to "notify a probation officer within 72 hours, after becoming aware of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer" and to "answer truthfully any inquires by a probation officer subject to any constitutional, or other legal privilege;" Violation No. 3, Grade C: violation of Discretionary Condition No. 4, requiring Defendant to "seek, and work consciously at, lawful employment or," to "pursue consciously a course of study or vocational training;" Violation No. 4, Grade C: violation of Special Condition No. 2, requiring Defendant to "participate in an approved job skill training program at the direction of a probation officer within the first 60 days of placement on supervision;" and Violation No. 5, Grade C: violation of Special Condition No. 14, requiring Defendant to "observe one Reentry Court session, as instructed by your probation officer." On 10/29/2024, U.S. Probation filed a Supplemental Report, alleging that several videos were posted on social media depicting Defendant engaged in criminal activity. Defendant stipulates to Violation No. 1. The Court finds that Violation No. 1 has been proven by a preponderance of the evidence. Upon a finding of a Grade C violation, under the sentencing guidelines, the Court shall modify or revoke probation/supervised release and consider the sentencing factors in 18 USC 3553(a). The Court, having considered the Section 3553(a) factors, imposes the following sentence: Defendant will serve a term of 10−months on Violation No. 1 and a 27−month term of supervised release. The Court imposes mandatory conditions of supervised release No. 1, No. 2, No. 5, and No. 6. The Court imposes discretionary conditions No. 4, No. 6, No. 7, No. 8, No. 9, No. 14, No. 15, No. 16, No. 17, No. 18, No. 22, and No. 23. The Court imposes special conditions of supervised release No. 1, No. 2, No. 3, No. 10, and No. 13. The Court makes the corrections facility recommendation closest to Chicago. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.